**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

BACCALA CONCRETE CORPORATION, INC.
Defendant.

C.A. No. 05-103S

**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

Dated: March 30, 2005

3

Dated: March 30, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

E. Wiens

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this __ day of March, 2005.

Kerrie L Kaweshi

Notary Public
My commission expires on: 7/12/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 30 day of March, 2005, to the following party of record:

A.J.Brosco, Esq. R/A/S
Baccala Concrete Corporation, Inc.
312 South Main Street
Providence, RI 02903

Kerrie L Kaweshi