**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | C.A. No. 05-103S |
| v. | |
| BACCALA CONCRETE CORPORATION, INC. Defendant. | |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO CLERK FOR ENTRY OF DEFAULT**

I, Elizabeth Wiens, being first duly sworn, depose and state as follows:

1. I am counsel of record to Plaintiffs and have personal knowledge of the facts set forth herein.

2. The Complaint in this case was filed on March 7, 2005. Defendant was served with a copy of the Complaint and summons by Constable Thomas Noury on March 8, 2005.

3. Greater than twenty (20) days have elapsed and Defendant has failed to plead or otherwise respond to the Complaint.

4. Defendant was not, at the time of the commencement of this action, nor is Defendant now in the Military Service of the United States as defined in the Soldiers' and Sailors' Relief Act of 1940; nor is Defendant an infant or incompetent.

5. Defendant has no set-offs or counterclaims against this account, and in my opinion, there is no defense to this claim or cause of action.



4

## CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 3 day of March, 2005, to the following party of record:

A.J.Brosco, Esq. R/A/S
Baccala Concrete Corporation, Inc.
312 South Main Street
Providence, RI 02903