UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED APR 01 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED MAR 31 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director,
Plaintiffs,

v.

BACCALA CONCRETE CORPORATION, INC.
Defendant.

C.A. No. 05-103S

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

Now come Plaintiffs, by and through their attorneys, and request entry of default against Defendant pursuant to Fed. R. Civ. Proc. 55(a).

As reasons therefore, Plaintiffs offer the accompanying affidavit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Suite C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax (401)294-4702

DEFAULT HEREBY ENTERED:
DEPUTY CLERK 4/5/05

Dated: March 30, 2005

5

Dated: March 30, 2005

I, Elizabeth Wiens, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Elizabeth Wiens (#6827)

Subscribed and sworn to before me, by Elizabeth Wiens, on this 1 day of March, 2005.

Notary Public
My commission expires on: 7/12/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 30 day of March, 2005, to the following party of record:

A.J.Brosco, Esq. R/A/S
Baccala Concrete Corporation, Inc.
312 South Main Street
Providence, RI 02903