**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | C.A. No. 05-103S |
| v. | |
| BACCALA CONCRETE CORPORATION, INC. Defendant. | |

**AFFIDAVIT OF PAUL A. MACDONALD**
**IN SUPPORT OF JUDGMENT BY DEFAULT**

I, Paul A. MacDonald, being first duly sworn, depose and state as follows:

1. I am the Executive Director of Teamsters Local 251 Health Services and Insurance Plan ("the Plan"), a joint labor-management employee benefit plan which provides health and other benefits to members of Teamsters Local 251.

2. Defendant is party to a collective bargaining agreement which requires contributions to the Plan based on hours worked for Defendant by members of Teamsters Local 251. These funds are used to purchase insurance benefits.

3. For the period of November 2004 through January 2005, Defendant failed to timely file remittance reports and contributions.

4. Contributions to the Plan are due by the 10th of the month following the month in which the work was performed. Pursuant to the Trust Agreement, interest is accrued at the rate of 1.5% per month. Interest on the unpaid contributions for November 2004 through January 2005 now stands at $504.03. (See Exhibit 1.)



7

5. Pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §§1132 and 1145, the Court shall award a 20% penalty. This penalty is also provided for in the Plan's Trust Agreement. Penalties on the unpaid contributions for November 2004 through January 2005 are in the amount of $4510.61. (See Exhibit 1.)

6. Since February 2005, Defendant has also failed to submit payroll reports, as required by the Trust Agreement. Accordingly, contributions, interest and penalties for this period cannot be determined.

7. The Plan has thus far expended costs in the amount of $290.00 and counsel fees in the amount of $745.00 in prosecuting this action.

8. In light of the foregoing figures, the Plan requests that the Court enter judgment in the amount of $6,049.64 for the months of November 2004 through January 2005.

9. The foregoing is true and correct to the best of my knowledge.

Dated: April 8, 2005

I, Paul A. MacDonald, being first duly sworn, on oath depose and state that I have read the foregoing affidavit and that the factual allegations contained therein are true to the best of my knowledge and belief.

Paul A. MacDonald
Paul A. MacDonald

Subscribed and worn to before me, by Paul A.MacDonald, this 8 day of April, 2005.

NOTARY PUBLIC
My commission expires: 6/18/05

CERTIFICATION

I hereby certify that I caused a copy of the foregoing Application to Clerk for Entry of Default to be sent first-class mail, postage prepaid on this 11 day of April, 2005, to the following party of record:

A.J.Brosco, Esq. R/A/S
Baccala Concrete Corporation, Inc.
312 South Main Street
Providence, RI 02903

Kevin L Kanesky

# EXHIBIT 1

**Baccala Concrete**

# SUMMARY OF CLAIM

| MONTH | DUE | HOURS | HOURLY RATE | CONTRIB. OWED | INT. RATE | DATE PAID | DAYS LATE | INTEREST OWED | PENALTY 20% | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| Nov.04 | 12/10/04 | 1400 | $5.86 | $8,207.50 | 1.5% | 02/10/05 | 62 | $254.43 | $1,641.50 | |
| Dec.04 | 1/10/05 | 978.5 | $5.86 | $5,736.46 | 1.5% | 02/24/05 | 45 | $129.07 | $1,147.29 | |
| Jan.05 | 2/10/05 | 1468.5 | $5.86 | $8,609.08 | 1.5% | 03/10/05 | 28 | $120.53 | $1,721.82 | |
| | | | | $22,553.04 | | | | $504.03 | $4,510.61 | |
| **Amount Paid** | | | | $22,553.04 | | | | $0 | $0 | |
| **SubTotal** | | | | $0.00 | | | | $504.03 | $4,510.61 | $5,014.64 |
| **Attorneys Fees** | | | | | | | | | | $745.00 |
| **Costs** | | | | | | | | | | $290.00 |
| **TOTAL OWED** | | | | | | | | | | $6,049.64 |