UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| TEAMSTERS LOCAL 251 HEALTH SERVICES AND INSURANCE PLAN, and PAUL A. MACDONALD, in his official capacity as Executive Director, Plaintiffs, | : | C.A. No. 05-103S |
| v. | : | |
| BACCALA CONCRETE CORPORATION, INC. Defendant. | : | |

## VOLUNTARY DISMISSAL

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter. However, Plaintiff Teamsters Local 251 Health Services and Insurance Plan retains its right to audit the payroll records of Defendant and seek additional contributions which may be owed pursuant to that audit.

Respectfully submitted,
On behalf of Plaintiffs,
By their attorneys,

Elizabeth Wiens, Esq. (#6827)
Marc Gursky, Esq. (#2818)
GURSKY LAW ASSOCIATES
420 Scrabbletown Rd., Ste. C
North Kingstown, RI 02852
Tel. (401)294-4700
Fax. (401)294-4702

ENTER WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 5/3/05

9